# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN CUEVAS, | CASE NO. CV F 08-1110 LJO DLB |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| GEORGIA-PACIFIC, INC., | |
| Defendant. | |

Defendant filed a notice indicating that the case resolved approximately one year ago. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than March 1, 2010,** to file appropriate papers to dismiss or conclude this action in its entirety.

This Court VACATES all pending dates and matters, including the February 3, 2010 pre-trial conference and the March 22, 2010 jury trial.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 160 and Local Rule 272. At the very least, if a dismissal is not filed on or before March 1, 2010, this Court will order that the case be dismissed.

IT IS SO ORDERED.

**Dated:   January 27, 2010**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE